### 10515.   GIBBONS v. THE STATE.

STEPHENS, J.   1. Where in a criminal case the defendant's guilt was clearly and positively established by legal and competent testimony of unimpeached witnesses, the admission of hearsay testimony from another witness, even as to a material fact, was not prejudicial to the defendant, when its exclusion could not have produced a different verdict. The admission of such evidence was harmless and affords no ground for a new trial.

2. The verdict is supported by the evidence.

> *Judgment affirmed.   Broyles, P. J., and Bloodworth, J., concur.*
>
> DECIDED JULY 22, 1919.

Indictment for possession of liquor; from Floyd superior court—Judge Wright.   March 31, 1919.

*W. B. Mebane,* for plaintiff in error.

*C. H. Porter, solicitor-general,* contra.